ACCEPTED
15-24-00101-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 4:53 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00101-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 4:53:21 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT
## AUSTIN, TEXAS

---

Michael Morath, in his Official Capacity as Texas Commissioner of Education

*Appellant*

*v.*

Pecos-Barstow-Toyah Independent School District, et al.

*Appellees*

---

On Appeal from the
201st Judicial District Court, Travis County
Cause No. D-1-GN-24-005018

---

**Appellees' Notice of Appearance**

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Plaintiff-Appellee School Districts file this Notice of Appearance.

Edward Smith of O'Hanlon, Demerath & Castillo hereby enters his appearance as co-counsel for Appellee School Districts.

Respectfully submitted,

*/s/ Edward Smith*

Kevin O'Hanlon
State Bar No. 15235500
*kohanlon@808west.com*
Edward Smith
State Bar No. 24037790
*esmith@808west.com*

**O'HANLON, DEMERATH & CASTILLO**
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*Counsel for Appellees*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lea Ohrstrom on behalf of Edward Smith
Bar No. 24037790
lohrstrom@808west.com
Envelope ID: 98224442
Filing Code Description: Letter
Filing Description: Notice of Appearance
Status as of 3/10/2025 7:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin OHanlon | | kohanlon@808west.com | 3/7/2025 4:53:21 PM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 3/7/2025 4:53:21 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 3/7/2025 4:53:21 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 3/7/2025 4:53:21 PM | SENT |
| Kelsey Warren | | kelsey.warren@oag.texas.gov | 3/7/2025 4:53:21 PM | SENT |
| Marlayna Ellis | | marlayna.ellis@oag.texas.gov | 3/7/2025 4:53:21 PM | SENT |
| LaShanda Green | | LaShanda.Green@oag.texas.gov | 3/7/2025 4:53:21 PM | SENT |
| Edward Smith | | esmith@808west.com | 3/7/2025 4:53:21 PM | SENT |